**Order entered June 3, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00709-CR

**WILLIAM AUTREY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-16130-Q**

## ORDER

Appellant's June 1, 2015 pro se motion for new trial based on "newly discovered evidence" and motion for judgment of acquittal is **DENIED**. *See Rudd v. State*, 616 S.W.2d 623, 625 (Tex. Crim. App. [Panel Op.] 1981).

/s/      DAVID L. BRIDGES
         PRESIDING JUSTICE